18535666

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
JAN 07 2005
MICHAEL GANS
CLERK OF COURT

January 3, 2005

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Christopher Michael Mohr
v. United States
No. 04-7907
(Your No. 03-3533)

CR 02-11(2) JMR/RLE

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 27, 2004 and placed on the docket January 3, 2005 as No. 04-7907.

Sincerely,

**William K. Suter**, Clerk

by RJ

Ruth Jones
Case Analyst

RECEIVED
JAN 7 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
JAN 18 2005
U.S. DISTRICT COURT ST. PAUL