#8-7415

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 28, 2005

FILED
MAR 07 2005
MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
BY MAIL
MAR 14 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Re: Christopher Michael Mohr
v. United States
No. 04-7907
(Your No. 03-3533) CR 02-11(2) JMR/RLE

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Eighth Circuit, for further consideration in light of United States v. Booker, 543 U.S. ____ (2005).

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

SCANNED
MAR 14 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
MAR 7 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT