# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3533

| | | |
|---|---|---|
| United States of America, | * | |
| Appellee, | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota. |
| Christopher Michael Mohr, | * | CR 02-11 JMR/RLE |
| Appellant. | * | |

In consideration of the Supreme Court judgment, dated February 28, 2005, the mandate in this matter is hereby recalled and the case is reopened.

April 5, 2005

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

SCANNED
APR 08 2005
U.S. DISTRICT COURT ST. PAUL