# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
JUL 25 2005
CLERK US DIST COURT
ST. PAUL, MN

No. 03-3533

United States of America, *
*
Appellee, *
*
v. * Appeal from the United States
* District Court for the
Christopher Michael Mohr, * District of Minnesota.
*
Appellant. * CR 02-11(2) JMR/RLE

**JUDGMENT**

The judgment of the lower court is affirmed in accordance with the opinion originally filed August 23, 2004, withdrawn May 5, 2005, and reinstated May 6, 2005.

(5361-010199)

May 6, 2005

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
JUL 25 2005
U.S. DISTRICT COURT ST. PAUL