1973508

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 18, 2005

FILED
OCT 24 2005
MICHAEL GANS

RECEIVED
BY MAIL
NOV 21 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Christopher Michael Mohr
v. United States
No. 05-7020
(Your No. 03-3533) CR 02-11(2) JMR/RLE

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 11, 2005 and placed on the docket October 18, 2005 as No. 05-7020.

Sincerely,

**William K. Suter**, Clerk

by

Ruth Jones
Case Analyst

RECEIVED
OCT 24 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT