1996601

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

November 14, 2005

FILED
NOV 22 2005
MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Christopher Michael Mohr
v. United States
No. 05-7020
(Your No. 03-3533) CR 02-11(2) JMR/RLE

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

SCANNED
JAN 17 2006
U.S. DISTRICT COURT ST. PAUL

RECEIVED
NOV 22 2005
U. S. COURT OF APPEALS
EIGHTH CIRCUIT